# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-0930

———————————————

ANTHONY LYDELL GEORGE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Union County.
Mitchell D. Bishop, Judge.

April 2, 2025

PER CURIAM.

The Court dismisses this appeal as untimely. This opinion does not preclude Appellant from filing a timely petition for belated appeal.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Justin Karpf, Assistant Public Defender, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.